# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 18-1051**                      **September Term, 2017**

**FCC-83FR7852**

**Filed On: February 22, 2018** [1719114]

Mozilla Corporation,

       Petitioner

    v.

Federal Communications Commission and
United States of America,

       Respondents

## O R D E R

The petition for review in this case was filed and docketed on February 22, 2018, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 26, 2018 |
| Docketing Statement Form | March 26, 2018 |
| Procedural Motions, if any | March 26, 2018 |
| Statement of Intent to Utilize Deferred Joint Appendix | March 26, 2018 |
| Statement of Issues to be Raised | March 26, 2018 |
| Underlying Decision from Which Appeal or Petition Arises | March 26, 2018 |
| Dispositive Motions, if any (Original and 4 copies) | April 9, 2018 |

It is

**FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 18-1051**                                                                                   **September Term, 2017**

| | |
|---|---|
| Entry of Appearance Form | March 26, 2018 |
| Procedural Motions, if any | March 26, 2018 |
| Certified Index to the Record | April 9, 2018 |
| Dispositive Motions, if any (Original and 4 copies) | April 9, 2018 |

It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to transmit to respondents a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Robert J. Cavello
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form
Entry of Appearance Form
Request to Enter Appellate Mediation Program
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases