UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FEDERAL COMMUNICATIONS COMMISSION,
IN THE MATTER OF RESTORING INTERNET FREEDOM,
DECLARATORY RULING, REPORT AND ORDER, AND            MCP No. 150
ORDER, FCC 17-166, 83 FED.REG. 7852, PUBLISHED ON
FEBRUARY 22, 2018

(SEE ATTACHED SCHEDULE)

CONSOLIDATION ORDER

The Federal Communications Commission published an Order dated February 22, 2018. On March 7, 2018, the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order. The notice included petitions for review pending in two circuit courts of appeal as follows: District of Columbia Circuit Court and Ninth Circuit Court.

The Panel has randomly selected the United States Court of Appeals for the Ninth Circuit in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the United States Court of Appeals for the Ninth Circuit, and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

*Shawnte McGee*
Shawnte McGee, Case Administrator
Random Selector

*Lakiah Hyson*
Lakiah Hyson, Case Administrator
Witness

IN RE: FEDERAL COMMUNICATIONS COMMISSION,
IN THE MATTER OF RESTORING INTERNET FREEDOM,
DECLARATORY RULING, REPORT AND ORDER, AND　　　　MCP No. 150
ORDER, FCC 17-166 , 83 FED.REG. 7852, PUBLISHED ON
FEBRUARY 22, 2018

## SCHEDULE OF PETITIONS

| CIRCUIT NO. | CASE CAPTION |
| --- | --- |
| D.C. Circuit, No. 18-1051 | Mozilla Corp. v. FCC & USA |
| D.C. Circuit, No. 18-1052 | Vimeo, Inc. v. FCC & USA |
| D.C. Circuit, No. 18-1053 | Public Knowledge v. FCC & USA |
| D.C. Circuit, No. 18-1054 | Open Technology Institute v. FCC & USA |
| D.C. Circuit, No. 18-1055 | State of New York, et al. v. FCC & USA |
| D.C. Circuit, No. 18-1056 | National Hispanic Media Coalition v. FCC & USA |
| D.C. Circuit, No. 18-1062 | Benton Foundation v. FCC & USA |
| D.C. Circuit, No. 18-1064 | Free Press v. FCC & USA |
| D.C. Circuit, No. 18-1065 | Coalition for Internet Openness v. FCC & USA |
| D.C. Circuit, No. 18-1066 | Etsy, Inc. v. FCC & USA |
| Ninth Circuit, No. 18-70510 | California PUC v. FCC & USA |
| Ninth Circuit, No. 18-70506 | County of Santa Clara, et al. v. FCC & USA |

## **CERTIFICATE OF SERVICE**

I, James M. Carr, hereby certify that on March 8, 2018, I electronically filed the foregoing Consolidation Order with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

s/ James M. Carr

James M. Carr
Counsel

Federal Communications Commission
445 12th Street, S.W.
Washington, D.C.  20554
Phone:  (202) 418-1740
Fax:  (202) 418-2819