UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 28 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COUNTY OF SANTA CLARA; SANTA CLARA COUNTY CENTRAL FIRE PROTECTION DISTRICT, | No.    18-70506 |
| Petitioners, | FCC Nos.    17-108 |
| | 17-166 |
| | Federal Communications Comm. |
| NCTA-THE INTERNET & TELEVISION ASSOCIATION; et al., | ORDER |
| Intervenors-Pending, | |
| v. | |
| FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA, | |
| Respondents. | |

| | |
|---|---|
| CALIFORNIA PUBLIC UTILITIES COMMISSION, | No.    18-70510 |
| Petitioner, | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Intervenor, | |
| NCTA-THE INTERNET & TELEVISION ASSOCIATION; et al., | |
| Intervenors-Pending, | |

KML/MOATT

v.

FEDERAL COMMUNICATIONS
COMMISSION; UNITED STATES OF
AMERICA,

            Respondents.

---

MOZILLA CORPORATION,          No.   18-70679

            Petitioner,

NCTA-THE INTERNET & TELEVISION
ASSOCIATION; et al.,

            Intervenors-Pending,

v.

FEDERAL COMMUNICATIONS
COMMISSION; UNITED STATES OF
AMERICA,

            Respondents.

---

VIMEO, INC.,          No.   18-70680

            Petitioner,

NCTA-THE INTERNET & TELEVISION
ASSOCIATION; et al.,

            Intervenors-Pending,

v.

FEDERAL COMMUNICATIONS

COMMISSION; UNITED STATES OF
AMERICA,

        Respondents.

---

PUBLIC KNOWLEDGE,

        Petitioner,

NCTA-THE INTERNET & TELEVISION
ASSOCIATION; et al.,

        Intervenors-Pending,

  v.

FEDERAL COMMUNICATIONS
COMMISSION; UNITED STATES OF
AMERICA,

        Respondents.

No.   18-70686

---

OPEN TECHNOLOGY INSTITUTE AT
NEW AMERICA, DBA New America,

        Petitioner,

NCTA-THE INTERNET & TELEVISION
ASSOCIATION; et al.,

        Intervenors-Pending,

  v.

FEDERAL COMMUNICATIONS
COMMISSION; UNITED STATES OF
AMERICA,

No.   18-70691

Respondents.

STATE OF NEW YORK; et al.,                    No.    18-70692

                        Petitioners,

NCTA-THE INTERNET & TELEVISION
ASSOCIATION; et al.,

                        Intervenors-Pending,

  v.

FEDERAL COMMUNICATIONS
COMMISSION; UNITED STATES OF
AMERICA,

                        Respondents.

NATIONAL HISPANIC MEDIA                    No.    18-70695
COALITION,

                        Petitioner,

NCTA-THE INTERNET & TELEVISION
ASSOCIATION; et al.,

                        Intervenors-Pending,

  v.

FEDERAL COMMUNICATIONS
COMMISSION; UNITED STATES OF
AMERICA,

                        Respondents.

NTCH, INC.,                                    No.    18-70697

            Petitioner,

NCTA-THE INTERNET & TELEVISION
ASSOCIATION; et al.,

            Intervenors-Pending,

  v.

FEDERAL COMMUNICATIONS
COMMISSION; UNITED STATES OF
AMERICA,

            Respondents.

---

BENTON FOUNDATION,                            No.    18-70698

            Petitioner,

NCTA-THE INTERNET & TELEVISION
ASSOCIATION; et al.,

            Intervenors-Pending,

  v.

FEDERAL COMMUNICATIONS
COMMISSION; UNITED STATES OF
AMERICA,

            Respondents.

| | |
|---|---|
| FREE PRESS, | No.    18-70699 |
| Petitioner, | |
| NCTA-THE INTERNET & TELEVISION ASSOCIATION; et al., | |
| Intervenors-Pending, | |
| v. | |
| FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA, | |
| Respondents. | |

| | |
|---|---|
| COALITION FOR INTERNET OPENNESS, | No.    18-70700 |
| Petitioner, | |
| NCTA-THE INTERNET & TELEVISION ASSOCIATION; et al., | |
| Intervenors-Pending, | |
| v. | |
| FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA, | |
| Respondents. | |

| | |
|---|---|
| ETSY, INC., | No.    18-70701 |
| Petitioner, | |
| NCTA-THE INTERNET & TELEVISION ASSOCIATION; et al., | |
| Intervenors-Pending, | |
| v. | |
| FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA, | |
| Respondents. | |

| | |
|---|---|
| AD HOC TELECOMMUNICATIONS USERS COMMITTEE, | No.    18-70702 |
| Petitioner, | |
| NCTA-THE INTERNET & TELEVISION ASSOCIATION; et al., | |
| Intervenors-Pending, | |
| v. | |
| FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA, | |
| Respondents. | |

| CENTER FOR DEMOCRACY AND TECHNOLOGY, | No.    18-70703 |
|---|---|
| Petitioner, | |
| NCTA-THE INTERNET & TELEVISION ASSOCIATION; et al., | |
| Intervenors-Pending, | |
| v. | |
| FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA, | |
| Respondents. | |

Before:  SILVERMAN, CHRISTEN, and FRIEDLAND, Circuit Judges.

Petitioners' unopposed motion to transfer these consolidated petitions for review to the United States Court of Appeals for the District of Columbia Circuit is granted (Docket Entry No. 29 in petition No. 18-70508).  *See* 28 U.S.C. § 2112(a)(5); *cf. Decker Coal Co. v. Commonwealth Edison Co.*, 805 F.2d 834, 843 (9th Cir. 1986).

The Clerk shall transfer the consolidated petitions for review and all pending motions to the United States Court of Appeals for the District of Columbia Circuit.

Upon transfer of the petition, the Clerk shall close these consolidated cases.

**TRANSFERRED.**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| COUNTY OF SANTA CLARA; SANTA CLARA COUNTY CENTRAL FIRE PROTECTION DISTRICT, *et al.*<br><br>    *Petitioners*,<br><br>  v.<br><br>FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,<br><br>    *Respondents*. | Case No. 18-70506 (Lead)<br><br>*Consolidated with Nos. 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703* |

## <ins>MOTION TO TRANSFER CASE TO THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA</ins>

Pursuant to 28 U.S.C. § 2112(a)(5) and Circuit Rule 27-11, Petitioners Mozilla Corporation, Coalition for Internet Openness, Etsy, Benton Foundation, Free Press, Vimeo, Public Knowledge, National Hispanic Media Coalition, Open Technology Institute, Center for Democracy & Technology, Ad Hoc Telecom Users Committee, NTCH Inc., the States of New York, California, Connecticut, Delaware, Hawaii, Illinois, Iowa, Kentucky, Maine, Maryland, Massachusetts, Minnesota, Mississippi, New Jersey, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont, Virginia, Washington, and the District of Columbia ("Petitioners") hereby respectfully move to transfer their consolidated cases, any other cases that may be consolidated with their cases, and any other petitions for review concerning the same agency order as may be filed, to the U.S.

Court of Appeals for the District of Columbia ("D.C. Circuit"). Transfer is warranted by all of the factors considered by this Court, including the convenience of the parties, the choice of forum made by the majority of the petitioners, and the fact that this Court's sister Court for the D.C. Circuit has considered virtually identical issues in inter-related proceedings. Specifically, this case is the fourth, "follow-on" phase in the review of the Federal Communications Commission's "network neutrality" actions; all prior phases have been adjudicated by the D.C. Circuit. That Court has issued four decisions in these prior three proceedings, variously affirming, or disagreeing with, the FCC's actions. Transfer is warranted in the interest of continuity. The only two petitioners who have not joined this motion do not object to the requested transfer. Respondents Federal Communications Commission and the United States of America also do not object to the requested transfer.

## **BACKGROUND**

Petitioners in this appeal challenge the final order of the Federal Communications Commission ("FCC") captioned in Restoring Internet Freedom, *Declaratory Ruling, Report and Order, and Order*, 33 FCC Rcd. 311 (2018) ("Order"). In the Order, the FCC repealed the network neutrality protections that the FCC promulgated in 2015. *See* Protecting and Promoting the Open Internet, *Report and Order On Remand, Declaratory Ruling, and Order*, 30 FCC Rcd. 5601

(2015), *aff'd sub nom. United States Telecom Ass'n v. FCC*, 825 F.3d 674 (D.C. Cir. 2016).

Multiple parties filed petitions for review of the Order, alleging, *inter alia*, that the Order violates federal law, including, but not limited to, the Communications Act of 1934, 47 U.S.C. §§ 151 *et seq.*, as amended, and the Telecommunications Act of 1996; is arbitrary, capricious, and an abuse of discretion within the meaning of the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.*; and is otherwise contrary to law. *See* Notice of Multicircuit Petitions for Review, ECF No. 10, Attachment 1 (Mar. 8, 2018).  Ten parties filed petitions in the D.C. Circuit, and two parties filed in this Court.  *Id*.  The FCC on March 7, 2018  notified the Judicial Panel on Multidistrict Litigation that it had received petitions for review in more than one circuit and requested consolidation pursuant to 28 U.S.C. § 2112.  *Id*.  Another three parties filed timely petitions with the D.C. Circuit after the close of the 10-day lottery period.

The Judicial Panel on Multidistrict Litigation on March 7, 2018 chose this Court through lottery.  *See* Consolidation Order Designating the Ninth Circuit Court of Appeals as the Circuit in which the Petitions for Review are Consolidated, ECF No. 11 (Mar. 8, 2018).

## ARGUMENT

Under 28 U.S.C. § 2112(a)(5), this Court may transfer cases consolidated by the  Judicial Panel on Multidistrict Litigation to another United States Court of Appeals "[f]or the convenience of the parties in the interest of justice."  This Court has recognized that it has the inherent power to transfer a case to another circuit. *See Pearce v. Department of Labor*, 603 F.2d 763, 771 (9th Cir. 1979).  There are several reasons why the Court should transfer this case to the D.C. Circuit.

First, the convenience of the parties weighs in favor of such transfer.  As this Court has held, the predominant factor in weighing the convenience of the parties in the interests of justice is the choice of forum of the petitioners.  *See Decker Coal Co. v. Commonwealth Edison Co.*, 805 F.2d 834, 843 (9th Cir. 1986).  Here, thirteen of fifteen petitioners filed in the D.C. Circuit.  Further, the two petitioners that filed in the Ninth Circuit—the California Public Utilities Commission and the County of Santa Clara—have informed us that they do not oppose transfer to the D.C. Circuit.  Thus nearly all of the petitioners agree, and none opposes, that the D.C. Circuit is the most convenient forum for this matter.  *See Newsweek, Inc. v. U.S. Postal Service*, 652 F.2d 239, 243 (2d Cir. 1981).  Finally, neither respondent opposes the requested transfer.

Second, most of the petitioners reside or have counsel of record in the D.C. Circuit.  *See ITT World Communications, Inc. v. FCC*, 621 F.2d 1201, 1208 (2d

4

Cir. 1980) ("Considerations of convenience center around the physical location of the parties."). Here, petitioners Free Press, New America-Open Technology Institute, Public Knowledge, Ad Hoc Telecom Users Committee, and Center for Democracy & Technology all reside in the D.C. Circuit. Of the remaining petitioners, Vimeo, Mozilla Corporation, Etsy, Coalition for Internet Openness, Benton Foundation and National Hispanic Media Coalition have counsel of record located in the D.C. Circuit. *See Eschelon Telecom, Inc. v. FCC*, 345 F.3d 682, 683 n.1 (8th Cir. 2003) (transferring a case to the D.C. Circuit in part because "most of the parties have D.C. counsel of record"). And the remaining petitioners that could have filed where they reside rather chose to file in the D.C. Circuit. And, of course, respondent FCC is located in the D.C. Circuit.

Third, transfer is warranted where, as here, the D.C. Circuit has considered identical and interconnected issues that are the subject of this litigation. *See ITT World Communications, Inc.*, 621 F.2d at 1208 ("A second factor favoring this Court's jurisdiction is its previous consideration of virtually the identical issue."). Here, the Order is the latest, "follow-on" chapter in over half a decade of engagement between and among the FCC, many of the current petitioners, and the D.C. Circuit, as the Order itself recognizes in multiple instances. *See, e.g.*, Order, 33 FCC Rcd. at 321 ¶ 29 n.78. The D.C. Circuit has heard three challenges to the FCC's network neutrality rules over the years that are directly connected to the

Order being challenged as the subject of this appeal and has issued four decisions. In these decisions, the D.C. Circuit has variously affirmed, or disagreed with, the FCC. The FCC in turn has had to account for these decisions in the next phase of its network neutrality deliberations. In 2010, the D.C. Circuit held that the FCC had failed to justify its authority to adopt an order prohibiting Comcast from throttling certain Internet traffic. *See Comcast Corp. v. FCC*, 600 F.3d 642 (D.C. Cir. 2010). In response, the FCC subsequently promulgated network neutrality rules based on guidance from *Comcast*. *See* Preserving the Open Internet, *Report and Order*, 25 FCC Rcd. 17905 (2010). These rules again were challenged in and eventually overturned by the D.C. Circuit, which supported the FCC's rationale for the rules, but ultimately vacated them because the rules imposed common carrier obligations on broadband ISPs without taking the necessary step of classifying the ISPs as common carriers. *See Verizon v. FCC*, 740 F.3d 623 (D.C. Cir. 2014).

Closely following the D.C. Circuit's teaching from the two previous decisions—each of which had been authored by Judge Tatel—the FCC subsequently reclassified ISPs as common carriers and implemented rules to ensure network neutrality. *See* Protecting and Promoting the Open Internet, *Report and Order On Remand, Declaratory Ruling, and Order*, 30 FCC Rcd. 5601 (2015). When the D.C. Circuit once again heard the challenge to the FCC's rules, the rules were upheld in an opinion co-authored by Judge Tatel (for the third time) and by

Judge Srinivasan. *See United States Telecom Ass'n v. FCC*, 825 F.3d 674 (D.C.
Cir. 2016). Finally, on May 1, 2017, the D.C. Circuit denied petitions for
rehearing en banc. *United States Telecom Ass'n v. FCC*, 855 F.3d 381 (D.C. Cir.
2017). Several parties have filed petitions for certiorari with the Supreme Court.
*See, e.g.*, Petition for Writ of Certiorari*, United States Telecom Ass'n v. FCC*, 825
F.3d 674 (No. 17-504).

The current Order largely repeals the 2015 rules—in doing so, the Order
grapples with, and attempts to account for, the D.C. Circuit's decisions in *Comcast*,
*Verizon*, and *USTA,* citing those opinions no less than forty-seven times. In other
words, this is a case where essentially the same parties are seeking review of the
same essential issues that have arisen in multiple inter-related proceedings. *See
ITT World Communications*, 621 F.2d at 1208 ("The relationship between the
present case and the previous case decided by this Court is sufficiently close for
the interest in consistent results to come into play. While the two cases do not
constitute the same proceeding, they do involve the same parties, the same
statutory provision, and the same essential issue.").

In sum, this is clearly a case where an "inter-related proceeding" was
previously under review in a court of appeals, and is now brought for review "in a
follow-on phase." *See Public Service Commission for New York v. Federal Power
Commission*, 472 F.2d 1270, 1272 (D.C. Cir. 1972). The D.C. Circuit is

thoroughly familiar with the "background of the controversy," making transfer appropriate.  *See Eastern Air Lines, Inc. v. Civil Aeronautics Board*, 354 F.2d 507, 510 (D.C. Cir. 1965) ("[O]ne factor that has considerable weight in the guidance of judicial discretion is the desirability of transfer to a circuit whose judges are familiar with the background of the controversy through review of the same or related proceedings.").  By transferring to the D.C. Circuit, the Court will ensure that "anomalous results" from having a different circuit review a closely-related matter will be avoided.  *Cf. Midwest Television Inc. v. FCC*, 364 F.2d 674, 676 (D.C. Cir. 1966).

## CONCLUSION

For the foregoing reasons, we respectfully request that the Court grant our motion to transfer this case to the United States Court of Appeals for the District of Columbia Circuit.

Respectfully submitted,

/s/ *Markham C. Erickson*

Pantelis Michalopoulos
Georgios Leris
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, D.C.  20036
(202) 429-3000
*Counsel for Petitioners Coalition for Internet Openness and Etsy, Inc.*

Markham C. Erickson
Georgios Leris
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, D.C.  20036
(202) 429-3000
*Counsel for Petitioner Mozilla Corporation*

*[Petitioners' list continued on next page]*

Michael A. Cheah
General Counsel
Vimeo, Inc.
555 West 18th Street
New York, New York  10011
(212) 314-7457
*Counsel for Petitioner Vimeo, Inc.*

Kevin Kendrick Russell
GOLDSTEIN & RUSSELL, PC
7475 Wisconsin Avenue
Suite 850
Bethesda, MD  20814
(202) 362-0636
krussell@goldsteinrussell.com
*Counsel for Petitioners New
America Foundation's Open
Technology Institute, Free Press, and
Public Knowledge*

Andrew Jay Schwartzman
6000 New Jersey Avenue NW
Washington, D.C.  20001
(202) 662-9170
*Counsel for Petitioner Benton Foundation*

James N. Horwood
Tillman L. Lay
Jeffrey M. Bayne
Katherine J. O'Konski
SPIEGEL & MCDIARMID LLP
1876 Eye Street NW, Suite 700
Washington, D.C.  20006
(202) 879-4000
*Counsel for Petitioner National
Hispanic Media Coalition*

Colleen Boothby
Sara Crifasi
LEVINE, BLASZAK, BLOCK AND BOOTHBY
LLP
2001 L Street NW, Suite 900
Washington, D.C.  20036
(202) 857-2550
*Counsel for Petitioner Ad Hoc Telecom
Users Committee*

Brian M. Willen
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1201 Avenue of the Americas,
40th Floor
New York, NY 10019-6022
(212) 999-5800
*Counsel for Petitioner Center for
Democracy & Technology*

Xavier Becerra
ATTORNEY GENERAL
Sarah E. Kurtz
DEPUTY ATTORNEY GENERAL
Nicklas A. Akers
SENIOR ASSISTANT ATTORNEY GENERAL
Michael E. Elisofon
Stacey D. Schesser
SUPERVISING DEPUTY ATTORNEYS
GENERAL
Daniel Osborn
DEPUTY ATTORNEY GENERAL
CALIFORNIA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
DIVISION OF PUBLIC RIGHTS
CONSUMER LAW SECTION
455 Golden Gate Ave., Suite 11000
San Francisco, CA  94102-7004
(415) 703-5562
*Counsel for Petitioner*
*State of California*

Eric T. Schneiderman
ATTORNEY GENERAL
Steven C. Wu
DEPUTY SOLICITOR GENERAL
Ester Murdukhayeva
ASSISTANT SOLICITOR GENERAL
Kathleen McGee
CHIEF, BUREAU OF INTERNET &
TECHNOLOGY
Noah Stein
Jordan Adler
ASSISTANT ATTORNEYS GENERAL
BUREAU OF INTERNET & TECHNOLOGY
120 Broadway
New York, NY  10271
 (212) 416-6312
*Counsel for Petitioner*
*State of New York*

Karl A. Racine
ATTORNEY GENERAL
Loren L. AliKhan
SOLICITOR GENERAL
Office of the Solicitor General
Office of the Attorney General
441 4th Street, NW, Suite 600 South
Washington, D.C.  20001
(202) 727-6287
*Counsel for Petitioner*
*District of Columbia*

Thomas J. Donovan, Jr.
ATTORNEY GENERAL
Christopher J. Curtis
CHIEF, PUBLIC PROTECTION DIVISION
ASSISTANT ATTORNEY GENERAL
Office of the Attorney General
109 State Street
Montpelier, VT  05609
(802) 828-5586
*Counsel for Petitioner*
*State of Vermont*

Matthew P. Denn
ATTORNEY GENERAL
Christian Douglas Wright
DIRECTOR OF CONSUMER
PROTECTION
Jillian A. Lazar
DEPUTY ATTORNEY GENERAL
820 N. French Street, 5th Floor
Wilmington, DE  19801
(302) 577-8600
*Counsel for Petitioner*
*State of Delaware*

Thomas J. Miller
ATTORNEY GENERAL
Benjamin E. Bellus
ASSISTANT ATTORNEY GENERAL
Nathan Blake
DEPUTY ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
1305 East Walnut Street, Second Floor
Des Moines, IA  50319
(515) 281-5926
*Counsel for Petitioner*
*State of Iowa*

Brian E. Frosh
ATTORNEY GENERAL
Richard L. Trumka, Jr.
Steven M. Sakamoto-Wengel
Leah Tulin
ASSISTANT ATTORNEYS GENERAL
Office of the Attorney General
200 St. Paul Place, 16th floor
Baltimore, MD  21202
(410) 576-6957
*Counsel for Petitioner*
*State of Maryland*

George Jepsen
ATTORNEY GENERAL
Jonathan J. Blake
John S. Wright
Michael C. Wertheimer
ASSISTANT ATTORNEYS GENERAL
Attorney General's Office
110 Sherman Street
Hartford, CT  06105
(860) 808-5400
*Counsel for Petitioner*
*State of Connecticut*

Douglas S. Chin
ATTORNEY GENERAL
Clyde J. Wadsworth
SOLICITOR GENERAL
Bryan C. Yee
Mana Moriarty
DEPUTY ATTORNEYS GENERAL
425 Queen Street
Honolulu, HI  96813
(808) 586-1180
*Counsel for Petitioner*
*State of Hawaii*

Janet T. Mills
ATTORNEY GENERAL
Brendan O'Neil
ASSISTANT ATTORNEY GENERAL
Office of the Attorney General of
Maine
6 State House Station
Augusta, Maine  04333
(207) 626-8842
*Counsel for Petitioner*
*State of Maine*

Andy Beshear
ATTORNEY GENERAL
J. Michael Brown
DEPUTY ATTORNEY GENERAL
La Tasha Buckner
ASSISTANT DEPUTY ATTORNEY GENERAL
S. Travis Mayo
EXECUTIVE DIRECTOR
OFFICE OF CIVIL AND ENVIRONMENTAL
LAW
Matt James
ASSISTANT ATTORNEY GENERAL
Office of the Attorney General
700 Capitol Avenue
Capitol Building, Suite 118
Frankfort, Kentucky  40601-3449
(502) 696-5300
*Counsel for Petitioner*
*State of Kentucky*

Lisa Madigan
ATTORNEY GENERAL
David Franklin
SOLICITOR GENERAL
Brett E. Legner
Deputy Solicitor General
Susan L. Satter
PUBLIC UTILITIES POLICY COUNSEL
Anna P. Crane
PUBLIC INTEREST COUNSEL
Christopher Kim
ASSISTANT ATTORNEY GENERAL
100 West Randolph Street, 12th Floor
Chicago, IL  60601
(312) 814-5028
*Counsel for Petitioner*
*State of Illinois*

Lori Swanson
ATTORNEY GENERAL
Katherine T. Kelly
ASSISTANT ATTORNEY GENERAL
James W. Canaday
DEPUTY ATTORNEY GENERAL
Jason Pleggenkuhle
MANAGER, CIVIL DIVISION
Joseph C. Meyer
ASSISTANT ATTORNEY GENERAL
Office of the Attorney General
445 Minnesota Street, Suite 1200
St. Paul, Minnesota  55101-2130
(651) 757-1308
*Counsel for Petitioner*
*State of Minnesota*

Maura Healey
ATTORNEY GENERAL
Jared Rinehimer
ASSISTANT ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
Timothy Reppucci
ASSISTANT ATTORNEY GENERAL
Energy and Telecommunications
Division
One Ashburton Place, 18th Floor
Boston, MA  02108
(617) 727-2200
*Counsel for Petitioner*
*Commonwealth of Massachusetts*

Hector Balderas
ATTORNEY GENERAL
Tania Maestas
DEPUTY ATTORNEY GENERAL
408 Galiseto
Santa Fe, NM  87501
(505) 490-4060
*Counsel for Petitioner*
*State of New Mexico*

Ellen F. Rosenblum
ATTORNEY GENERAL
Keith L. Kutler
SENIOR ASSISTANT ATTORNEY GENERAL
Benjamin Gutman
SOLICITOR GENERAL
Andrew Shull
SENIOR ASSISTANT ATTORNEY GENERAL
Oregon Department of Justice
1162 Court Street, NE
Salem, OR  97301
(503) 378-4402
*Counsel for Petitioner*
*State of Oregon*

Peter F. Kilmartin
ATTORNEY GENERAL
Michael W. Field
ASSISTANT ATTORNEY GENERAL
150 South Main Street
Providence, Rhode Island  02903
(401) 274-4400
*Counsel for Petitioner*
*State of Rhode Island*

Jim Hood
ATTORNEY GENERAL
Crystal Utley Secoy
CONSUMER PROTECTION DIVISION
Mississippi Attorney General's Office
Post Office Box 22947
Jackson, Mississippi  39225
(601) 359-4213
*Counsel for Petitioner*
*State of Mississippi*

Joshua H. Stein
ATTORNEY GENERAL
Kevin Anderson
SENIOR DEPUTY ATTORNEY GENERAL
DIRECTOR, CONSUMER PROTECTION
DIVISION
Sripriya Narasimhan
DEPUTY GENERAL COUNSEL
114 West Edenton Street
Raleigh, NC  27603
(919) 716-6000
*Counsel for Petitioner*
*State of North Carolina*

Robert W. Ferguson
ATTORNEY GENERAL
Tiffany Lee
ASSISTANT ATTORNEYS GENERAL
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, Washington  98104
(206) 464-6098
*Counsel for Petitioner*
*State of Washington*

Mark R. Herring
ATTORNEY GENERAL
Samuel T. Towell
DEPUTY ATTORNEY GENERAL, CIVIL
LITIGATION
Mark S. Kubiak
ASSISTANT ATTORNEY GENERAL, UNIT
MANAGER
Barbara Johns Building
202 N. Ninth Street
Richmond, VA  23219
(804) 786-6731
*Counsel for Petitioner*
*Commonwealth of Virginia*

Gurbir S. Grewal
ATTORNEY GENERAL
Jeremy M. Feigenbaum
ASSISTANT ATTORNEY GENERAL
Office of the Attorney General
25 Market Street, 8th Floor, West Wing
Trenton, New Jersey  08625
(609) 292-4925
*Counsel for Petitioner State of New
Jersey*

Josh Shapiro
ATTORNEY GENERAL
Michael J. Fischer
CHIEF DEPUTY ATTORNEY GENERAL
John M. Abel
SENIOR DEPUTY ATTORNEY GENERAL
Brandon J. Bingle
DEPUTY ATTORNEY GENERAL
Office of Attorney General
Strawberry Square
Harrisburg, PA  17120
(215) 560-2171
*Counsel for Petitioner*
*Commonwealth of Pennsylvania*

Donald J. Evans
FLETCHER, HEALD & HILDRETH, PLC
1300 N. 17th Street
Suite 1100
Arlington, VA  22209
(703) 812-0430
*Counsel for Petitioner NTCH, Inc.*

Dated:  March 16, 2018

## CERTIFICATE OF SERVICE

I, Georgios Leris, hereby certify that on March 16, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.


/s/ *Georgios Leris*
Georgios Leris

**General Docket**

**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 18-70506 | **Docketed:** 02/22/2018 |
| County of Santa Clara, et al v. FCC, et al | **Termed:** 03/28/2018 |
| **Appeal From:** Federal Communications Commission | |
| **Fee Status:** Paid | |

**Case Type Information:**
  **1)** agency
  **2)** review
  **3)** null

**Originating Court Information:**
  **District:** FCC-1 : 17-108
  **Date Rec'd COA:**
02/22/2018

  **District:** FCC-1 : 17-166
  **Date Rec'd COA:**
02/22/2018

**Prior Cases:**
  18-70133    **Date Filed:** 01/16/2018    **Date Disposed:** 02/20/2018    **Disposition:** FRAP 42b Dismissal - Clerk Order

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Companion | | | | |
| | 18-70506 | 18-70510 | 02/22/2018 | 03/15/2018 |
| | 18-70679 | 18-70680 | 03/09/2018 | |
| | 18-70679 | 18-70686 | 03/09/2018 | |
| | 18-70679 | 18-70691 | 03/09/2018 | |
| | 18-70679 | 18-70692 | 03/09/2018 | |
| | 18-70679 | 18-70697 | 03/12/2018 | |
| | 18-70679 | 18-70698 | 03/12/2018 | |
| | 18-70679 | 18-70699 | 03/12/2018 | |
| | 18-70679 | 18-70700 | 03/12/2018 | |
| | 18-70679 | 18-70701 | 03/12/2018 | |
| | 18-70679 | 18-70702 | 03/12/2018 | |
| | 18-70679 | 18-70703 | 03/12/2018 | |
| | 18-70680 | 18-70695 | 03/12/2018 | |
| Consolidated | | | | |
| | 18-70506 | 18-70510 | 03/15/2018 | |
| | 18-70506 | 18-70679 | 03/15/2018 | |
| | 18-70506 | 18-70680 | 03/15/2018 | |
| | 18-70506 | 18-70686 | 03/15/2018 | |
| | 18-70506 | 18-70691 | 03/15/2018 | |
| | 18-70506 | 18-70692 | 03/15/2018 | |
| | 18-70506 | 18-70695 | 03/15/2018 | |
| | 18-70506 | 18-70697 | 03/15/2018 | |
| | 18-70506 | 18-70698 | 03/15/2018 | |
| | 18-70506 | 18-70699 | 03/15/2018 | |
| | 18-70506 | 18-70700 | 03/15/2018 | |
| | 18-70506 | 18-70701 | 03/15/2018 | |

COUNTY OF SANTA CLARA
     Petitioner,

Danielle Luce Goldstein
Direct: 408-299-5900
[COR LD NTC County Counsel]
Office of the County Counsel
County of Santa Clara
70 West Hedding Street
East Wing, 9th Floor
San Jose, CA 95110

Greta Suzanne Hansen, Esquire
Direct: 408-299-5900
[COR NTC County Counsel]
Office of the County Counsel
County of Santa Clara
70 West Hedding Street
East Wing, 9th Floor
San Jose, CA 95110

Phillip R. Malone, Attorney
Direct: 650-725-6369
[COR NTC Retained]
Mills Legal Clinic
Environmental Law Clinic
Mills Legal Clinic
559 Nathan Abbott Way
Stanford, CA 94305-8610

Lynnette Miner
Direct: 408-299-5965
[COR NTC Retained]
Office of the County Counsel
County of Santa Clara
70 West Hedding Street
East Wing, 9th Floor
San Jose, CA 95110

Jeffrey Theodore Pearlman, Clinical Supervising
Attorney and Lecturer in Law
Direct: 650-497-9443
[COR NTC Retained]
Mills Legal Clinic
N121
559 Nathan Abbott Way
Stanford, CA 94305-8610

James Robyzad Williams, Esquire, Attorney
Direct: 408-299-6936
[COR NTC County Counsel]
Office of the County Counsel
County of Santa Clara
70 West Hedding Street

San Jose, CA 95110

SANTA CLARA COUNTY CENTRAL FIRE
PROTECTION DISTRICT
               Petitioner,

Danielle Luce Goldstein
Direct: 408-299-5900
[COR LD NTC County Counsel]
(see above)

Greta Suzanne Hansen, Esquire
Direct: 408-299-5900
[COR NTC County Counsel]
(see above)

Phillip R. Malone, Attorney
Direct: 650-725-6369
[COR NTC Retained]
(see above)

Lynnette Miner
Direct: 408-299-5965
[COR NTC Retained]
(see above)

Jeffrey Theodore Pearlman, Clinical Supervising
Attorney and Lecturer in Law
Direct: 650-497-9443
[COR NTC Retained]
(see above)

James Robyzad Williams, Esquire, Attorney
Direct: 408-299-6936
[COR NTC County Counsel]
(see above)

NCTA-THE INTERNET & TELEVISION
ASSOCIATION
               Intervenor - Pending,

Robert E. Dunn
Direct: 650-849-5384
[COR NTC Retained]
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304

Miguel A. Estrada
Direct: 202-955-8257
[COR NTC Retained]
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

CTIA - THE WIRELESS ASSOCIATION
               Intervenor - Pending,

Rebekah Ricketts
Direct: 214-698-3365
[COR NTC Retained]
Gibson, Dunn & Crutcher LLP
Suite 1100
2100 McKinney Avenue
Dallas, TX 75201

Helgi C. Walker
Direct: 202-887-3599
[COR NTC Retained]
Gibson, Dunn & Crutcher LLP
3rd Floor
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

USTELECOM
    Intervenor - Pending,

Scott H. Angstreich, Attorney
Direct: 202-326-7959
[COR NTC Retained]
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street NW
Suite 400
Washington, DC 20036

Michael K. Kellogg
Direct: 202-326-7902
[COR NTC Retained]
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street NW
Suite 400
Washington, DC 20036

THE NATIONAL ASSOCIATION OF
REGULATORY UTILITY COMMISSIONERS
    Intervenor - Pending,

James Bradford Ramsay, General Counsel
Direct: 202-898-2207
[COR NTC Retained]
NATIONAL ASSOCIATION OF REGULATORY
UTILITY COMMISSIONERS
Suite 200
1101 Vermont Ave., N.W.
Washington, DC 20005

AMERICAN CABLE ASSOCIATION
    Intervenor - Pending,

Jeffrey A. Lamken
Direct: 202-556-2000
[COR NTC Retained]
MoloLamken LLP
600 New Hampshire Avenue, N.W.
Suite # 660
Washington, DC 20037

LEONID GOLDSTEIN
    Intervenor - Pending,

Leonid Goldstein
Direct: 408-921-1110
[NTC Pro Se]
12501 Tech Ridge Blvd
Apt. 1535
Austin, TX 78753

THE INTERNET ASSOCIATION
    Intervenor - Pending,

Elizabeth Austin Bonner
Direct: 202-730-1340
[COR LD NTC Retained]
Harris, Wiltshire & Grannis LLP
8th Floor
1919 M Street, NW
Washington, DC 20036

Stephanie Weiner, Attorney

Direct: 202-730-1300
[COR LD NTC Retained]
Harris, Wiltshire & Grannis LLP
Eighth Floor
1919 M Street, NW
Washington, DC 20036

Christopher J. Wright
Direct: 202-730-1300
[COR LD NTC Retained]
Wiltshire & Grannis LLP
1200 18th Street, NW
12th Floor
Washington, DC 20036

COMPUTER & COMMUNICATIONS INDUSTRY
ASSOCIATION
       Intervenor - Pending,

Matthew C. Schruers, Attorney
Direct: 202-783-0070
[COR LD NTC Retained]
Computer & Communications Industry Association
(CCIA)
655 15th Street NW
Suite 410
Washington, DC 20005

NATIONAL ASSOCIATION OF STATE UTILITY
CONSUMER ADVOCATES
       Intervenor - Pending,

David C. Bergmann, Esquire
Direct: 614-771-5979
[COR NTC Retained]
3293 Noreen Drive
Columbus, OH 43221

  v.

FEDERAL COMMUNICATIONS COMMISSION
       Respondent,

Lori Alexiou
Direct: 202-418-2102
[COR LD NTC Government]
Federal Communications Commission
Office of General Counsel, Litigation Division
445 12th Street SW
8th Floor
Washington, DC 20554

James M. Carr, Esquire, Counsel
Direct: 202-418-1762
[COR NTC Government]
Federal Communications Commission
Office of General Counsel, Litigation Division
Room 8-A833
445 12th Street SW
8th Floor
Washington, DC 20554

Scott M. Noveck
Direct: 202-418-7294
[COR NTC Government]
Federal Communications Commission
Office of General Counsel, Litigation Division

445 12th Street SW
8th Floor
Washington, DC 20554

Richard Kiser Welch, Deputy Associate General
Counsel
Direct: 202-418-7225
[COR NTC Government]
Federal Communications Commission
Office of General Counsel, Litigation Division
Room 8-A765
445 12th Street SW
8th Floor
Washington, DC 20554

UNITED STATES OF AMERICA
     Respondent,

Lori Alexiou
Direct: 202-418-2102
[COR LD NTC Government]
(see above)

Nickolai Gilford Levin, Attorney
Direct: 202-514-2886
[COR NTC Government]
DOJ - U.S. Department of Justice
Office 3224
950 Pennsylvania Ave., N.W.
Washington, DC 20530

COUNTY OF SANTA CLARA; SANTA CLARA COUNTY CENTRAL FIRE PROTECTION DISTRICT,

     Petitioners,

NCTA-THE INTERNET & TELEVISION ASSOCIATION; CTIA - THE WIRELESS ASSOCIATION;
USTELECOM; THE NATIONAL ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS;
AMERICAN CABLE ASSOCIATION; LEONID GOLDSTEIN; THE INTERNET ASSOCIATION;
COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION; NATIONAL ASSOCIATION OF
STATE UTILITY CONSUMER ADVOCATES,

     Intervenors - Pending,

  v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA,

     Respondents.

02/22/2018 | 1 | FILED PETITION FOR REVIEW. DOCKETED CAUSE AND ENTERED
APPEARANCES OF COUNSEL. NOTIFIED RESPONDENTS OF FILING. SEND
MQ: Yes. Mediation Questionnaire due on 03/01/2018. Petitioner brief due 05/14/2018
for County of Santa Clara and Santa Clara County Central Fire Protection District.
Respondent brief due 06/12/2018 for Federal Communications Commission and United
States of America. Petitioner's optional reply brief is due 21 days after service of the
answering brief. [10772914][COURT UPDATE: New Documents Attached, resent
NDA,--[Edited 02/23/2018 by BY] (JMR) [Entered: 02/22/2018 09:56 AM]

| 03/01/2018 | 2 | Petitioners County of Santa Clara and Santa Clara County Central Fire Protection District Mediation Questionnaire. Date of service: 03/01/2018. [10783590] [18-70506] (Pearlman, Jeffrey) [Entered: 03/01/2018 05:48 PM] |
| 03/05/2018 | 3 | Filed (ECF) notice of appearance of James M. Carr for Respondent FCC. Date of service: 03/05/2018. [10785831] [18-70506] (Carr, James) [Entered: 03/05/2018 12:01 PM] |
| 03/05/2018 | 4 | Filed (ECF) notice of appearance of Scott M. Noveck for Respondent FCC. Date of service: 03/05/2018. [10785844] [18-70506] (Noveck, Scott) [Entered: 03/05/2018 12:06 PM] |
| 03/05/2018 | 5 | Filed (ECF) notice of appearance of Richard K. Welch for Respondent FCC. Date of service: 03/05/2018. [10785850] [18-70506] (Welch, Richard) [Entered: 03/05/2018 12:09 PM] |
| 03/05/2018 | 6 | Added attorney James M. Carr, Scott M. Noveck, Richard Kiser Welch for FCC, in case 18-70506. [10785965] (NAC) [Entered: 03/05/2018 01:03 PM] |
| 03/05/2018 | 7 | MEDIATION ORDER FILED: This case is NOT SELECTED for inclusion in the Mediation Program. Counsel may contact circuit mediator to discuss services available through the court's mediation program, to request a settlement assessment conf, or to request a stay of the appeal for settlement purposes. Also, upon agreement of the parties, the brfing sch can be modified or vacated to facilitate settlement discussions. Csl are requested to send copies of this order to their clients. Info regarding the mediation program may be found at www.ca9.uscourts.gov/mediation. [10786104] (CL) [Entered: 03/05/2018 01:45 PM] |
| 03/06/2018 | 8 | Filed (ECF) notice of appearance of Nickolai G. Levin for Respondent USA. Date of service: 03/06/2018. [10788080] [18-70506] (Levin, Nickolai) [Entered: 03/06/2018 01:44 PM] |
| 03/06/2018 | 9 | Added attorney Nickolai Gilford Levin for USA, in case 18-70506. [10788104] (NAC) [Entered: 03/06/2018 01:51 PM] |
| 03/08/2018 | 10 | Filed (ECF) Respondent FCC Correspondence: Notice of Multicircuit Petitions for Review. Date of service: 03/08/2018 [10790688] [18-70506] (Carr, James) [Entered: 03/08/2018 09:26 AM] |
| 03/08/2018 | 11 | Filed (ECF) Respondent FCC Correspondence: Consolidation Order designating the Ninth Circuit Court of Appeals as the circuit in which the petitions for review are consolidated. Date of service: 03/08/2018 [10791416] [18-70506] (Carr, James) [Entered: 03/08/2018 02:34 PM] |
| 03/15/2018 | 12 | Filed (ECF) NCTA - The Internet & Television Association Motion to intervene. Date of service: 03/15/2018. [10799252] [18-70506] (Estrada, Miguel) [Entered: 03/15/2018 10:10 AM] |
| 03/15/2018 | 13 | Filed (ECF) CTIA - The Wireless Association Motion to intervene. Date of service: 03/15/2018. [10799346] [18-70506] (Walker, Helgi) [Entered: 03/15/2018 10:35 AM] |
| 03/15/2018 | 14 | Filed (ECF) USTelecom - The Broadband Association Motion to intervene. Date of service: 03/15/2018. [10799740] [18-70506] (Kellogg, Michael) [Entered: 03/15/2018 01:00 PM] |
| 03/15/2018 | 15 | Entered appearance of Intervenor - Pending NCTA-The Internet & Television Association. [10799850] (QDL) [Entered: 03/15/2018 01:42 PM] |
| 03/15/2018 | 16 | Entered appearance of Intervenor - Pending CTIA - The Wireless Association. [10799877] (QDL) [Entered: 03/15/2018 01:48 PM] |
| 03/15/2018 | 17 | Entered appearance of Intervenor - Pending USTelecom. [10799895] (QDL) [Entered: 03/15/2018 01:51 PM] |

03/15/2018 | 18 | Filed clerk order (Deputy Clerk: JML): Petition for review Nos. 18-70506, 18-70510, 18-70679, 18-70680, 18- 70686, 18-70691, 18-70692, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703, and 18-70695 are consolidated. The City and County of San Francisco's motion to intervene in support of petitioner California Public Utilities Commission is granted (Docket Entry No. [10796898-1] in petition No. 18-70510). Petitioners' and petitioner-intervenor's consolidated opening brief is due May 29, 2018. Respondents' consolidated answering brief is due June 28, 2018. Petitioners' and petitioner-intervenor's consolidated optional reply brief is due 28 days after service of respondents' brief. The provisions of Ninth Circuit Rule 31-2.2(a) shall not apply to these consolidated petitions. All parties on a side are encouraged to join in a single brief to the greatest extent practicable. See 9th Cir. R. 28-4. All other pending motions will be addressed by separate order. [10800366] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (JMR) [Entered: 03/15/2018 04:00 PM]

03/16/2018 | 19 | Filed (ECF) notice of appearance of Miguel A. Estrada for Intervenor - Pending NCTA-The Internet & Television Association in 18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703. Date of service: 03/16/2018. [10801204] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (Estrada, Miguel) [Entered: 03/16/2018 11:09 AM]

03/16/2018 | 20 | COURT DELETED DUPLICATE ENTRY. Notice about deletion sent to case participants registered for electronic filing. Correct Entry: [22]. Original Text: Filed (ECF) notice of appearance of Robert E. Dunn for Intervenor - Pending NCTA-The Internet & Television Association in 18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703. Date of service: 03/16/2018. [10801211] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (Estrada, Miguel) [Entered: 03/16/2018 11:12 AM]

03/16/2018 | 21 | Filed (ECF) National Association of Regulatory Utility Commissioners Motion to intervene. Date of service: 03/16/2018. [10801331] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701] (Ramsay, James) [Entered: 03/16/2018 11:34 AM]

03/16/2018 | 22 | Filed (ECF) notice of appearance of Robert, Edward, Dunn for Intervenor - Pending NCTA-The Internet & Television Association in 18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703. Date of service: 03/16/2018. [10801423] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (Dunn, Robert) [Entered: 03/16/2018 11:59 AM]

03/16/2018 | 23 | Filed (ECF) notice of appearance of Helgi C. Walker for Intervenor - Pending CTIA - The Wireless Association in 18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703. Date of service: 03/16/2018. [10801456] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (Walker, Helgi) [Entered: 03/16/2018 12:14 PM]

03/16/2018 | 24 | Filed (ECF) notice of appearance of Rebekah P. Ricketts for Intervenor - Pending CTIA - The Wireless Association in 18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703. Date of service: 03/16/2018. [10801465] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-

| | | |
|---|---|---|
| 03/16/2018 | 25 | Filed (ECF) notice of appearance of Scott H. Angstreich for Intervenor - Pending USTelecom in 18-70506, 18-70510, Intervenor - Pending USTelecom-The Broadband Association in 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703. Date of service: 03/16/2018. [10801530] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (Angstreich, Scott) [Entered: 03/16/2018 12:49 PM] |
| 03/16/2018 | 26 | Added attorney Robert E. Dunn for NCTA-The Internet & Television Association, in case 18-70506 Robert E. Dunn for NCTA-The Internet & Television Association, in case 18-70702 Robert E. Dunn for NCTA-The Internet & Television Association, in case 18-70703 Robert E. Dunn for NCTA-The Internet & Television Association, in case 18-70700 Robert E. Dunn for NCTA-The Internet & Television Association, in case 18-70679 Robert E. Dunn for NCTA-The Internet & Television Association, in case 18-70701 Robert E. Dunn for NCTA-The Internet & Television Association, in case 18-70698 Robert E. Dunn for NCTA-The Internet & Television Association, in case 18-70699 Robert E. Dunn for NCTA-The Internet & Television Association, in case 18-70510 Robert E. Dunn for NCTA-The Internet & Television Association, in case 18-70697 Robert E. Dunn for NCTA-The Internet & Television Association, in case 18-70686 Robert E. Dunn for NCTA-The Internet & Television Association, in case 18-70695 Robert E. Dunn for NCTA-The Internet & Television Association, in case 18-70692 Robert E. Dunn for NCTA-The Internet & Television Association, in case 18-70691 Robert E. Dunn for NCTA-The Internet & Television Association, in case 18-70680. [10801581] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (QDL) [Entered: 03/16/2018 01:06 PM] |
| 03/16/2018 | 27 | Added attorney Rebekah Ricketts for CTIA - The Wireless Association, in case 18-70506 Rebekah Ricketts for CTIA - The Wireless Association, in case 18-70702 Rebekah Ricketts for CTIA - The Wireless Association, in case 18-70703 Rebekah Ricketts for CTIA - The Wireless Association, in case 18-70700 Rebekah Ricketts for CTIA - The Wireless Association, in case 18-70679 Rebekah Ricketts for CTIA - The Wireless Association, in case 18-70701 Rebekah Ricketts for CTIA - The Wireless Association, in case 18-70698 Rebekah Ricketts for CTIA - The Wireless Association, in case 18-70699 Rebekah Ricketts for CTIA - The Wireless Association, in case 18-70697 Rebekah Ricketts for CTIA - The Wireless Association, in case 18-70510 Rebekah Ricketts for CTIA - The Wireless Association, in case 18-70686 Rebekah Ricketts for CTIA - The Wireless Association, in case 18-70695 Rebekah Ricketts for CTIA - The Wireless Association, in case 18-70692 Rebekah Ricketts for CTIA - The Wireless Association, in case 18-70691 Rebekah Ricketts for CTIA - The Wireless Association, in case 18-70680. [10801632] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (QDL) [Entered: 03/16/2018 01:20 PM] |
| 03/16/2018 | 28 | Filed (ECF) American Cable Association Motion to intervene. Date of service: 03/16/2018. [10802095] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (Lamken, Jeffrey) [Entered: 03/16/2018 03:14 PM] |
| 03/16/2018 | 29 | Filed (ECF) Petitioner Mozilla Corporation in 18-70679 Motion to transfer appeal to U.S. Court of Appeals for the D.C. Circuit. Date of service: 03/16/2018. [10802098] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (Erickson, Markham) [Entered: 03/16/2018 03:15 PM] |

Angstreich for USTelecom-The Broadband Association, in case 18-70702 Scott H. Angstreich for USTelecom-The Broadband Association, in case 18-70703 Scott H. Angstreich for USTelecom, in case 18-70700 Scott H. Angstreich for USTelecom-The Broadband Association, in case 18-70701 Scott H. Angstreich for USTelecom-The Broadband Association, in case 18-70679 Scott H. Angstreich for USTelecom-The Broadband Association, in case 18-70698 Scott H. Angstreich for USTelecom-The Broadband Association, in case 18-70699 Scott H. Angstreich for USTelecom, in case 18-70510 Scott H. Angstreich for USTelecom-The Broadband Association, in case 18-70697 Scott H. Angstreich for USTelecom-The Broadband Association, in case 18-70686 Scott H. Angstreich for USTelecom-The Broadband Association, in case 18-70695 Scott H. Angstreich for USTelecom-The Broadband Association, in case 18-70692 Scott H. Angstreich for USTelecom-The Broadband Association, in case 18-70680 Scott H. Angstreich for USTelecom-The Broadband Association, in case 18-70691. [10802100] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (QDL) [Entered: 03/16/2018 03:16 PM]

03/16/2018   31   Entered appearance of Intervenor - Pending NARUC in 18-70506, Intervenor - Pending NARUC in 18-70510, Intervenor - Pending NARUC in 18-70679, Intervenor - Pending NARUC in 18-70680, Intervenor - Pending NARUC in 18-70686, Intervenor - Pending NARUC in 18-70691, Intervenor - Pending NARUC in 18-70692, Intervenor - Pending NARUC in 18-70695, Intervenor - Pending NARUC in 18-70697, Intervenor - Pending NARUC in 18-70698, Intervenor - Pending NARUC in 18-70699, Intervenor - Pending NARUC in 18-70700, Intervenor - Pending NARUC in 18-70701, Intervenor - Pending NARUC in 18-70702 and Intervenor - Pending NARUC in 18-70703. [10802110] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (QDL) [Entered: 03/16/2018 03:19 PM]

03/16/2018   32   Filed (ECF) Petitioner Mozilla Corporation in 18-70679 Mediation Questionnaire. Date of service: 03/16/2018. [10802113] [18-70506, 18-70679]--[COURT UPDATE: Spread docket text to 18-70506, 18-70510, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703. 03/16/2018 by RY] (Erickson, Markham) [Entered: 03/16/2018 03:19 PM]

03/16/2018   33   COURT DELETED DUPLICATE ENTRY. Notice about deletion sent to case participants registered for electronic filing. Correct Entry: [28]. Original Text: Filed (ECF) American Cable Association Motion to intervene. Date of service: 03/16/2018. [10802297] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (Lamken, Jeffrey) [Entered: 03/16/2018 04:22 PM]

03/16/2018   34   Filed (ECF) Petitioner Open Technology Institute at New America in 18-70691 Mediation Questionnaire. Date of service: 03/16/2018. [10802538] [18-70691, 18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703]--[COURT ENTERED FILING. Originally filed in 18-70691 only.] (RY) [Entered: 03/16/2018 08:31 PM]

03/16/2018   35   Filed (ECF) Petitioner Public Knowledge in 18-70686 Mediation Questionnaire. Date of service: 03/16/2018. [10802539] [18-70686, 18-70506, 18-70510, 18-70679, 18-70680, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703]--[COURT ENTERED FILING. Originally filed in 18-70686 only.] (RY) [Entered: 03/16/2018 08:36 PM]

03/16/2018   41   Filed (ECF) Petitioners Commonwealth of Kentucky, Commonwealth of Massachusetts, Commonwealth of Pennsylvania, Commonwealth of Virginia, District of Columbia, State of California, State of Connecticut, State of Delaware, State of Hawaii, State of Illinois,

State of Iowa, State of Maine, State of Maryland, State of Minnesota, State of Mississippi, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont and State of Washington in 18-70692 Mediation Questionnaire. Date of service: 03/16/2018. [10804331] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] --[COURT ENTERED FILING. Originally filed in case 18-70692 only.] (TYL) [Entered: 03/19/2018 04:14 PM]

| | | |
|---|---|---|
| 03/16/2018 | 43 | Filed (ECF) notice of appearance of Brian M. Willen for Petitioner Center for Democracy and Technology in 18-70703. Date of service: 03/16/2018. [10805072] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] --[COURT ENTERED FILING. Originally filed in case 18-70703 only.] (TYL) [Entered: 03/20/2018 10:31 AM] |
| 03/16/2018 | 47 | Filed Intervenor - Pending Leonid Goldstein motion to intervene. Deficiencies: None. Served on 03/15/2018. [10806148] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (QDL) [Entered: 03/20/2018 03:47 PM] |
| 03/19/2018 | 36 | Filed (ECF) Petitioner Free Press in 18-70699 Mediation Questionnaire. Date of service: 03/19/2018. [10802747] [18-70699, 18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70700, 18-70701, 18-70702, 18-70703] (Russell, Kevin) [Entered: 03/19/2018 08:57 AM] |
| 03/19/2018 | 37 | Entered appearance of Intervenor - Pending ACA in 18-70506, Intervenor - Pending ACA in 18-70510, Intervenor - Pending ACA in 18-70679, Intervenor - Pending ACA in 18-70680, Intervenor - Pending ACA in 18-70686, Intervenor - Pending ACA in 18-70691, Intervenor - Pending ACA in 18-70692, Intervenor - Pending ACA in 18-70695, Intervenor - Pending ACA in 18-70697, Intervenor - Pending ACA in 18-70698, Intervenor - Pending ACA in 18-70699, Intervenor - Pending ACA in 18-70700, Intervenor - Pending ACA in 18-70701, Intervenor - Pending ACA in 18-70702 and Intervenor - Pending ACA in 18-70703. [10802942] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (QDL) [Entered: 03/19/2018 09:51 AM] |
| 03/19/2018 | 38 | Filed (ECF) Petitioner National Hispanic Media Coalition in 18-70695 Mediation Questionnaire. Date of service: 03/19/2018. [10803533] [18-70695, 18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (Lay, Tillman) [Entered: 03/19/2018 12:55 PM] |
| 03/19/2018 | 39 | Filed (ECF) Petitioner Ad Hoc Telecommunications Users Committee in 18-70702 Mediation Questionnaire. Date of service: 03/19/2018. [10803866] [18-70702, 18-70703, 18-70701, 18-70700, 18-70699, 18-70698, 18-70697, 18-70695, 18-70692, 18-70691, 18-70686, 18-70680, 18-70679, 18-70510, 18-70506] (Boothby, Colleen) [Entered: 03/19/2018 02:33 PM] |
| 03/19/2018 | 40 | Filed (ECF) Petitioner NTCH, Inc. in 18-70697 Mediation Questionnaire. Date of service: 03/19/2018. [10804203] [18-70697, 18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (Evans, Donald) [Entered: 03/19/2018 03:47 PM] |
| 03/19/2018 | 42 | Filed (ECF) Petitioner Etsy, Inc. in 18-70701 Mediation Questionnaire. Date of service: 03/19/2018. [10804908] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] --[COURT ENTERED FILING. Originally filed in case 18-70701 only.] (TYL) [Entered: 03/20/2018 09:46 AM] |
| 03/19/2018 | 46 | Filed (ECF) Petitioner Coalition for Internet Openness in 18-70700 Mediation Questionnaire. Date of service: 03/19/2018. [10806003] [18-70506, 18-70510, 18-70679, |

| 03/20/2018 | 44 | Added attorney Brian M. Willen for Center for Democracy and Technology, in case 18-70703. [10805097] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (NAC) [Entered: 03/20/2018 10:37 AM] |
|---|---|---|
| 03/20/2018 | 45 | Entered appearance of Intervenor - Pending Leonid Goldstein [10805984] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (CW) [Entered: 03/20/2018 02:48 PM] |
| 03/20/2018 | 48 | Filed (ECF) Petitioner Vimeo, Inc. in 18-70680 Mediation Questionnaire. Date of service: 03/20/2018. [10806235] [18-70680, 18-70506, 18-70510, 18-70679, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (Cheah, Michael) [Entered: 03/20/2018 04:21 PM] |
| 03/21/2018 | 49 | Filed (ECF) Petitioner Center for Democracy and Technology in 18-70703 Mediation Questionnaire. Date of service: 03/21/2018. [10807437] [18-70703, 18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702] (Willen, Brian) [Entered: 03/21/2018 01:58 PM] |
| 03/21/2018 | 50 | COURT DELETED DUPLICATE ENTRY. Notice about deletion sent to case participants registered for electronic filing. Correct Entry: [51]. Original Text: Filed (ECF) notice of appearance of Lisa-Marie G. Clark for Petitioner CPUC in 18-70510. Date of service: 03/21/2018. [10807452] [18-70510, 18-70506, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (Clark, Lisa-Marie) [Entered: 03/21/2018 02:04 PM] |
| 03/21/2018 | 51 | Filed (ECF) notice of appearance of Lisa-Marie G. Clark for Petitioner CPUC in 18-70510. Date of service: 03/21/2018. [10807493] [18-70510, 18-70506, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (Clark, Lisa-Marie) [Entered: 03/21/2018 02:18 PM] |
| 03/22/2018 | 52 | Filed (ECF) Internet Association Motion to intervene. Date of service: 03/22/2018. [10808005] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (Weiner, Stephanie) [Entered: 03/22/2018 01:47 AM] |
| 03/22/2018 | 53 | Entered appearance of Intervenor - Pending The Internet Association. [10808118] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (QDL) [Entered: 03/22/2018 09:12 AM] |
| 03/22/2018 | 54 | Filed (ECF) notice of appearance of Leo, J, Wold for Petitioner State of Rhode Island in 18-70692. Date of service: 03/22/2018. [10808243] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] --[COURT ENTERED FILING. Originally filed in case 18-70692 only.] (TYL) [Entered: 03/22/2018 09:44 AM] |
| 03/22/2018 | 55 | Filed (ECF) notice of appearance of Stephanie S. Weiner for Intervenor - Pending The Internet Association in 18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703. Date of service: 03/22/2018. [10808496] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (Weiner, Stephanie) [Entered: 03/22/2018 11:01 AM] |

03/21/2018 56 Filed (ECF) notice of appearance of E. Austin Bonner for Intervenor - Pending The Internet Association in 18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703. Date of service: 03/22/2018. [10808511] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (Bonner, Elizabeth) [Entered: 03/22/2018 11:05 AM]

03/22/2018 57 Attorney Michael W. Field substituted by Attorney Leo J. Wold in 18-70692 [10808521] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (HH) [Entered: 03/22/2018 11:08 AM]

03/22/2018 58 Added attorney Stephanie Weiner for NCTA-The Internet & Television Association. [10808528] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (HH) [Entered: 03/22/2018 11:10 AM]

03/22/2018 59 Filed (ECF) notice of appearance of Christopher J. Wright for Intervenor - Pending The Internet Association in 18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703. Date of service: 03/22/2018. [10808530] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (Wright, Christopher) [Entered: 03/22/2018 11:10 AM]

03/22/2018 60 Added attorney Elizabeth Austin Bonner for NCTA-The Internet & Television Association. [10808543] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (HH) [Entered: 03/22/2018 11:14 AM]

03/22/2018 61 Added attorney Christopher J. Wright for NCTA-The Internet & Television Association. [10808552] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (HH) [Entered: 03/22/2018 11:15 AM]

03/22/2018 62 Terminated attorneys Stephanie Weiner, Christopher J. Wright and E. Austin Bonner for NCTA-The Internet & Television Association. [10808775] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (HH) [Entered: 03/22/2018 12:50 PM]

03/22/2018 63 Added attorneys Christopher J. Wright, Elizabeth Austin Bonner, and Stephanie Weiner for The Internet Association. [10808781] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (HH) [Entered: 03/22/2018 12:52 PM]

03/22/2018 64 Filed (ECF) Computer & Communications Industry Association Motion to intervene. Date of service: 03/22/2018. [10809113] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (Schruers, Matthew) [Entered: 03/22/2018 02:28 PM]

03/22/2018 65 Entered appearance of Intervenor - Pending CCIA. [10809145] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (HH) [Entered: 03/22/2018 02:38 PM]

03/22/2018 66 Added attorney Lisa-Marie Clark for CPUC, in case 18-70510. [10809440] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (QDL) [Entered: 03/22/2018 04:00 PM]

| 03/26/2018 | 67 | Filed (ECF) National Association of State Utility Consumer Advocates Motion to intervene. Date of service: 03/26/2018. [10813168] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (Bergmann, David) [Entered: 03/26/2018 04:16 PM] |
| 03/26/2018 | 68 | Entered appearance of Intervenor - Pending NASUCA. [10813229] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (QDL) [Entered: 03/26/2018 04:32 PM] |
| 03/28/2018 | 69 | Filed order (BARRY G. SILVERMAN, MORGAN B. CHRISTEN and MICHELLE T. FRIEDLAND): Petitioners' unopposed motion to transfer these consolidated petitions for review to the United States Court of Appeals for the District of Columbia Circuit is granted (Docket Entry No. [29] in petition No. 18-70508). See 28 U.S.C. § 2112(a)(5); cf. Decker Coal Co. v. Commonwealth Edison Co., 805 F.2d 834, 843 (9th Cir. 1986). The Clerk shall transfer the consolidated petitions for review and all pending motions to the United States Court of Appeals for the District of Columbia Circuit. Upon transfer of the petition, the Clerk shall close these consolidated cases. TRANSFERRED. [10815568] [18-70506, 18-70510, 18-70679, 18-70680, 18-70686, 18-70691, 18-70692, 18-70695, 18-70697, 18-70698, 18-70699, 18-70700, 18-70701, 18-70702, 18-70703] (AF) [Entered: 03/28/2018 10:21 AM] |